## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 31,889.51 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 295,000.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 19,870.00 |

**EXHIBIT B**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-13309 BB |
| --- | --- |
| Case Name: | CLINES, LATASHA D. |
| Period Ending: | 05/25/08 |

| Trustee: | (330480) | DEBORAH K. EBNER |
| --- | --- | --- |
| Filed (f) or Converted (c): | 10/17/06 (f) | |
| §341(a) Meeting Date: | 11/16/06 | |
| Claims Bar Date: | 06/21/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Property -4938 West Gladys - Chicago | 210,000.00 | 27,000.00 | | 260,000.00 | FA |
| 2 | Property-Residence | 322,485.00 | 0.00 | | 0.00 | FA |
| 3 | Property-938 N, Lavergne, Chicago | 295,000.00 | 62,000.00 | DA | 0.00 | 0.00 |
| 4 | Cash on hand | 15.00 | 0.00 | | 0.00 | FA |
| 5 | Bank Account | 30.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods | 1,825.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Automobiles | 31,300.00 | 900.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 186.82 | Unknown |
| 10 | Assets    Totals (Excluding unknown values) | $861,255.00 | $89,900.00 | | $260,186.82 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee sold real estate; Trustee investigated a potential claim against a Title Company on a damage claim that trustee has asserted on behalf of the estate for the post-petition closing of a parcel of property owned jointly by Debtor and her "estranged" husband; the title company asserted defenses supported by 7th circuit case law; Trustee determined that the costs to the estate to pursue recovery of this claim will outweigh the benefits and the Trustee will abandon at the final hearing.

Printed: 05/25/2008 10:03 AM    V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-13309 BB
**Case Name:** CLINES, LATASHA D.
**Period Ending:** 05/25/08

**Trustee:** (330480) DEBORAH K. EBNER
**Filed (f) or Converted (c):** 10/17/06 (f)
**§341(a) Meeting Date:** 11/16/06
**Claims Bar Date:** 06/21/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** December 31, 2010

Printed: 05/25/2008 10:03 AM    V.10.03