**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| LATASHA D. CLINES, | ) | CASE NO. 06-13309 BWB |
| | ) | |
| | ) | JUDGE  BRUCE W. BLACK |
| Debtor | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

   At:  Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

   on: **August 1, 2008**
   at: **9:15 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                         $           260,186.82

   b. Disbursements                              $           230,052.83

   c. Net Cash Available for Distribution   $             30,133.99

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation/Exp. Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 16,259.44 | $ 180.11 |
| Popowcer KAtten, Ltd., *Trustee's Accountant* | $ 0.00 | $ 1,218.00 | $ 0.00 |
| John W. Pleta, P.C., *Trustee's Special Couunsel* | $ 0.00 | $ 800.00 | $ 0.00 |
| Illinois Dept. of Revenue, *Estate Taxes* | $ 1,207.00 | $ 0.00 | $ 0.00 |
| US Dept. of Treasury, *Estate Taxes* | $ 511.00 | $ 0.00 | $ 0.00 |
| Clerk of US Bankruptcy Court, *Deferred Filing Fee (07-A-245)* | $ 0.00 | $ 0.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $20,146.49, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 56.72%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 10,773.49 | $ 6,110.38 |
| 3 | eCAST Settlement Corporation assignee of | $ 2,058.32 | $ 1,167.41 |
| 4 | Chase Bank USA,N.A. | $ 562.91 | $ 319.26 |
| 5 | Household Finance Corporation | $ 6,751.77 | $ 3,829.39 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated:   **July 7, 2008**                         For the Court,


By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 1             Date Rcvd: Jul 07, 2008
Case: 06-13309                  Form ID: pdf002          Total Served: 23

The following entities were served by first class mail on Jul 09, 2008.
db          +Latasha D. Clines,    152 Glendale Drive,    Bolingbrook, IL 60440-6143
aty         +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
              Chicago, IL 60603-6324
aty         +Martin J O'Hearn,    Law Offices Of Martin J O'Hearn,     10047 S Western Ave,
              Chicago, IL 60643-1925
tr          +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
10966840     Adventist Hinsdale Hospital,    P.O. Box 22266,    Chattanooga, TN 37422-2266
11305380    +Chase Bank USA,N.A.,    P O Box 740933,    Dallas, TX 75374-0933
10966828    +Deutsche Bank,    c/o Fisher & Shapiro, LLC,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
10966829    +Deutsche Bank,    c/o Heavner, Scott, Beyers & Mihlar,    P.O. Box 740,,
              111 East Main St., Ste. 200,    Decatur, IL 62523-1339
10966838     Emergency Healthcare Physicians,    649 Executive Drive,    Willowbrook, IL 60527-5603
10966830    +Ford Motor Credit,    P.O. Box 152271,    Irving, TX 75015-2271
10993603     Ford Motor Credit Company,    P.O. Box 537901,    Livonia, MI  48153-7901
10966834    +HFC,    P.O. Box 1547,    Chesapeake, VA 23327-1547
10966835    +HSBC/BSBUY/RHODE,    P.O. Box 15524,    Wilmington, DE 19850-5524
10966837    +Household Bank (SB), N A,    c/o Bass & Associates, P C,    3936 E. Ft. Lowell Road, Suite 200,
              Tucson, AZ 85712-1083
11400957     Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
              Newark NJ 07193-5480
10966836    +Kohl?s/Chase,    N. 56 W. 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
10966839     Pediatric Cancer Institute,    33329 Treasury Center,    Chicago, IL 60694-3100
10966832    +Silverleaf Club/AIC,    P.O. Box 359,    Dallas, TX 75221-0359
10966827    +Wells Fargo Bank, N.A.,    c/o Pierce & Associates,    1 North Dearborn, 13th Fl.,
              Chicago, IL 60602-4321
11293300     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Jul 08, 2008.
10966831    +Fax: 602-221-4614 Jul 08 2008 05:32:49      Chase,    900 Stewart Avenue,
              Garden City, NY 11530-4891
11266731     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 08 2008 05:36:23
              DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10966833     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 08 2008 05:36:23      Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE 19850
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2008**          **Signature:** _Joseph Speetjens_