# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CLINES, LATASHA D.　　　　　　　　　　　Case No. 06-13309
　　　　THOMPSON, LATASHA

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter   7
_____ ,
　　　　　　　　　　　Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $295,000.00　　　　　　　Assets Exempt:  $21,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $220,238.16　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $42,387.20

Total Expenses of Administration: $40,043.62

---

　　　3) Total gross receipts of $   260,281.78   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $260,281.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $773,996.61 | $23,152.91 | $70.60 | $208,800.56 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 40,030.42 | 40,030.42 | 40,043.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,176.31 | 20,146.49 | 20,146.49 | 11,437.60 |
| **TOTAL DISBURSEMENTS** | $808,172.92 | $83,329.82 | $60,247.51 | $260,281.78 |

    4) This case was originally filed under Chapter 7 on October 17, 2006. The case was pending for 50 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2010     By: /s/DEBORAH K. EBNER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 83.80 |
| Property -4938 West Gladys - Chicago | 1110-000 | 260,000.00 |
| Interest Income | 1270-000 | 197.98 |
| **TOTAL GROSS RECEIPTS** | | **$260,281.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company | 4110-000 | N/A | 23,082.31 | 0.00 | 0.00 |
| ABANDON | Latasha D. Clines | 4110-000 | N/A | 70.60 | 70.60 | 70.60 |
| NOTFILED | Case# 06 Ch-09935 Deutsche Bank | 4110-000 | 233,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Case# 06 Ch-20527 Deutsche Bank | 4110-000 | 183,000.00 | N/A | N/A | 208,729.96 |
| NOTFILED | GS12606 Silverleaf Club/AIC | 4110-000 | 12,996.61 | N/A | N/A | 0.00 |
| NOTFILED | Purchase Money Security Interest Ford Motor Credit | 4110-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Purchase Money Security Interest Chase | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Case# 06 Ch-2001 Wells Fargo Bank, N.A. | 4110-000 | 317,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$773,996.61** | **$23,152.91** | **$70.60** | **$208,800.56** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner, Trustee | 2100-000 | N/A | 16,259.44 | 16,259.44 | 16,259.44 |
| Deborah K. Ebner, Trustee | 2200-000 | N/A | 180.11 | 180.11 | 193.31 |
| US Department of Treasury | 2810-000 | N/A | 511.00 | 511.00 | 511.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,207.00 | 1,207.00 | 1,207.00 |
| Clerk of the United States Bankruptcy Court | 2990-000 | N/A | 250.00 | 250.00 | 250.00 |
| John W. Pleta | 3210-600 | N/A | 800.00 | 800.00 | 800.00 |
| Popowcer Katten | 3410-000 | N/A | 1,218.00 | 1,218.00 | 1,218.00 |
| International Sureties | 2300-000 | N/A | 37.52 | 37.52 | 37.52 |
| L. Mills Real Estate | 3510-000 | N/A | 5,200.00 | 5,200.00 | 5,200.00 |
| City of Chicago Water Dept | 2500-000 | N/A | 1,743.67 | 1,743.67 | 1,743.67 |
| City of Chicago | 2500-000 | N/A | 390.00 | 390.00 | 390.00 |
| Regent Title | 2500-000 | N/A | 1,073.00 | 1,073.00 | 1,073.00 |
| Cook County Collector | 2820-000 | N/A | 1,285.68 | 1,285.68 | 1,285.68 |
| Maurice Moore (Buyer) | 2500-000 | N/A | 9,875.00 | 9,875.00 | 9,875.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 40,030.42 | 40,030.42 | 40,043.62 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 7100-000 | N/A | 10,773.49 | 10,773.49 | 6,116.34 |
| 3 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 2,058.32 | 2,058.32 | 1,168.55 |
| 4 | Chase Bank USA,N.A. | 7100-000 | 498.00 | 562.91 | 562.91 | 319.58 |
| 5 | Household Finance Corporation | 7100-000 | N/A | 6,751.77 | 6,751.77 | 3,833.13 |
| NOTFILED | HSBC/RHODE | 7100-000 | 4,832.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC NV | 7100-000 | 1,812.00 | N/A | N/A | 0.00 |
| NOTFILED | Pediatric Cancer Institute | 7100-000 | 675.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Healthcare | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Adventist Hinsdale | 7100-000 | 6,219.31 | N/A | N/A | 0.00 |
| NOTFILED | HFC | 7100-000 | 7,008.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/BSBUY | 7100-000 | 2,030.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Services | 7100-000 | 10,652.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 34,176.31 | 20,146.49 | 20,146.49 | 11,437.60 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-13309  
**Case Name:** CLINES, LATASHA D.  
**Period Ending:** 12/29/10

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 10/17/06 (f)  
**§341(a) Meeting Date:** 11/16/06  
**Claims Bar Date:** 06/21/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Property -4938 West Gladys - Chicago | 210,000.00 | 27,000.00 | | 260,000.00 | FA |
| 2 | Property-Residence | 322,485.00 | 0.00 | | 0.00 | FA |
| 3 | Property-938 N, Lavergne, Chicago | 295,000.00 | 62,000.00 | DA | 0.00 | 0.00 |
| 4 | Cash on hand | 15.00 | 0.00 | | 0.00 | FA |
| 5 | Bank Account | 30.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods | 1,825.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Automobiles | 31,300.00 | 900.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 197.98 | FA |
| 10 | Assets   Totals (Excluding unknown values) | **$861,255.00** | **$89,900.00** | | **$260,197.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee deposited tax refund from State of Illinois $83.80 . Supplemental Distribution report to be submitted to UST so Trustee can disburse same to unsecured creditors.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010      **Current Projected Date Of Final Report (TFR):**    June 28, 2008  (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-13309  
**Case Name:** CLINES, LATASHA D.  
**Taxpayer ID #:** **-***1097  
**Period Ending:** 12/29/10  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****96-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/27/07 | | Regent Title Insurance Agency, LLC | real estate sale | | | | 31,702.69 | | 31,702.69 |
| | {1} | Regent Title | Gross sale proceeds | 260,000.00 | | 1110-000 | | | 31,702.69 |
| | | Case# 06 Ch-20527 Deutsche Bank | Payoff of first mortgage | -208,729.96 | | 4110-000 | | | 31,702.69 |
| | | L. Mills Real Estate | commission | -5,200.00 | | 3510-000 | | | 31,702.69 |
| | | City of Chicago Water Dept | Water Bill | -1,743.67 | | 2500-000 | | | 31,702.69 |
| | | City of Chicago | Transfer Taxes | -390.00 | | 2500-000 | | | 31,702.69 |
| | | Regent Title | Title Fees | -1,073.00 | | 2500-000 | | | 31,702.69 |
| | | Cook County Collector | Real Estate Tax | -1,285.68 | | 2820-000 | | | 31,702.69 |
| | | Maurice Moore (Buyer) | Seller Concessions | -9,875.00 | | 2500-000 | | | 31,702.69 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 1.12 | | 31,703.81 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 17.49 | | 31,721.30 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 17.50 | | 31,738.80 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 16.38 | | 31,755.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 18.08 | | 31,773.26 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 17.53 | | 31,790.79 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 15.84 | | 31,806.63 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | | 1270-000 | 18.68 | | 31,825.31 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | | 1270-000 | 16.55 | | 31,841.86 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | | 1270-000 | 16.21 | | 31,858.07 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | | 1270-000 | 14.56 | | 31,872.63 |
| 02/05/08 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-13309 | | | 2300-000 | | 37.52 | 31,835.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | | | 1270-000 | 6.53 | | 31,841.64 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | | 1270-000 | 5.91 | | 31,847.55 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | | 1270-000 | 4.44 | | 31,851.99 |
| 05/07/08 | 1002 | US Department of Treasury | Taxes 2007 | | | 2810-000 | | 511.00 | 31,340.99 |
| 05/07/08 | 1003 | Illinois Department of Revenue | Taxes 2007 | | | 2820-000 | | 1,207.00 | 30,133.99 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | | 1270-000 | 3.87 | | 30,137.86 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | | 1270-000 | 3.83 | | 30,141.69 |
| 07/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | | | 1270-000 | 3.46 | | 30,145.15 |
| 07/29/08 | | To Account #********9666 | transfer funds to close | | | 9999-000 | | 30,145.15 | 0.00 |

Subtotals :   $31,900.67   $31,900.67

{} Asset reference(s)   Printed: 12/29/2010 08:54 PM   V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-13309  
**Case Name:** CLINES, LATASHA D.  

**Taxpayer ID #:** **-***1097  
**Period Ending:** 12/29/10  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****96-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 31,900.67 | 31,900.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 30,145.15 | |
| | | | **Subtotal** | | 31,900.67 | 1,755.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$31,900.67** | **$1,755.52** | |

{} Asset reference(s)

Printed: 12/29/2010 08:54 PM V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-13309  
**Case Name:** CLINES, LATASHA D.  
**Taxpayer ID #:** **-***1097  
**Period Ending:** 12/29/10  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****96-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/08 | | From Account #********9665 | transfer funds to close | 9999-000 | 30,145.15 | | 30,145.15 |
| 08/01/08 | 101 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | Final distribution - 56.77% | 7100-000 | | 6,116.34 | 24,028.81 |
| 08/01/08 | 102 | eCAST Settlement Corporation assignee of | Final distribution - 56.77% | 7100-000 | | 1,168.55 | 22,860.26 |
| 08/01/08 | 103 | Chase Bank USA,N.A. | Final distribution - 56.77% | 7100-000 | | 319.58 | 22,540.68 |
| 08/01/08 | 104 | Household Finance Corporation | Final distribution - 56.77% | 7100-000 | | 3,833.13 | 18,707.55 |
| 08/01/08 | 105 | Clerk of the United States Bankruptcy Court | Payment of deferred filing fee 07-00245 | 2990-000 | | 250.00 | 18,457.55 |
| 08/01/08 | 106 | John W. Pleta | Per Order of 8/1/08 | 3210-600 | | 800.00 | 17,657.55 |
| 08/01/08 | 107 | Popowcer Katten | Per Order of 8/1/08 | 3410-000 | | 1,218.00 | 16,439.55 |
| 08/01/08 | 108 | Deborah K. Ebner, Trustee | Per Order of 8/1/08 | 2200-000 | | 180.11 | 16,259.44 |
| 08/01/08 | 109 | Deborah K. Ebner, Trustee | Per Order of 8/1/08 | 2100-000 | | 16,259.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,145.15 | 30,145.15 | $0.00 |
| | | | Less: Bank Transfers | | 30,145.15 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30,145.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$30,145.15** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-13309  
**Case Name:** CLINES, LATASHA D.  

**Taxpayer ID #:** **-***1097  
**Period Ending:** 12/29/10  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****96-67 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/15/09 | | STATE OF iLLINOIS | Tax Refund | 1224-000 | 83.80 | | 83.80 |
| 04/20/10 | | Wire out to BNYM account 9200******9667 | Wire out to BNYM account 9200******9667 | 9999-000 | -83.80 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -83.80 | 0.00 | |
| | | | **Subtotal** | | 83.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$83.80** | **$0.00** | |

{} Asset reference(s)

Printed: 12/29/2010 08:54 PM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 06-13309  
**Case Name:** CLINES, LATASHA D.  
**Taxpayer ID #:** **-***1097  
**Period Ending:** 12/29/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-67 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9667 | Wire in from JPMorgan Chase Bank, N.A. account ********9667 | 9999-000 | 83.80 | | 83.80 |
| 08/20/10 | 10101 | Deborah K. Ebner, Trustee | Expenses per Order of 8/20/10 | 2200-000 | | 13.20 | 70.60 |
| 08/20/10 | 10102 | Latasha D. Clines | Abandon to Debtor per court order | 4110-000 | | 70.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 83.80 | 83.80 | **$0.00** |
| | | | Less: Bank Transfers | | 83.80 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 83.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$83.80** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****96-65 | 31,900.67 | 1,755.52 | 0.00 |
| Checking # ***-*****96-66 | 0.00 | 30,145.15 | 0.00 |
| Checking # ***-*****96-67 | 83.80 | 0.00 | 0.00 |
| Checking # 9200-******96-67 | 0.00 | 83.80 | 0.00 |
| | **$31,984.47** | **$31,984.47** | **$0.00** |

{} Asset reference(s)

Printed: 12/29/2010 08:54 PM    V.12.54